```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Andrew Toro, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

Georgia Gifts and More, LLC,

                Defendant.

1:22-cv-08489 (JHR) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    In accordance with the February 7, 2023 Case management Plan and Scheduling Order (ECF No. 15), the parties were to file a joint letter regarding the status of discovery on April 5, 2023. As of the date of this Order, the parties have failed to do so despite an email reminder from the Court. It is hereby Ordered that the parties shall file a joint letter regarding the status of discovery no later than Thursday, April 20, 2023. The parties are reminded that failure to comply with the Court's Orders may result in the imposition of sanctions.

**SO ORDERED.**

Dated:    New York, New York
            April 17, 2023

_____
STEWART D. AARON
United States Magistrate Judge