

**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

<u>VIA ECF</u>
Honorable Magistrate Stewart D. Aaron
United States District Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007                                                    June 15, 2023

      Re:    *Toro v. Georgia Gifts and More, LLC, Case 1:22-cv-8489*
               <u>Status of Case</u>

Dear Judge Aaron:

      The Parties submit this status letter jointly, in accordance with Your Honor's Order dated April 25, 2023(Dkt. No. 19). The status of the discovery in this case is as follows:

      On April 20, 2023, Plaintiff sent to Defendant its Requests for Admission, Requests for Production and Interrogatories. Defendant responded to Requests for Admissions on May 18 but has not yet to respond to the other demands. Defendant has not sent any requests or demands to Plaintiff. Plaintiff anticipates that this case will rely heavily on expert discovery. However, in light of the outstanding fact discovery herein, Plaintiff respectfully requests a 30-day extension of the fact discovery deadline from the date of this letter, up to and until July 15, 2023.

      To facilitate a resolution of the matter, the Parties also request a referral to the District's Mediation Program immediately.

      We thank the Court for its consideration and attention herein.

                           Respectfully submitted,


                           <u>*/s/ Mars Khaimov*</u>
                           Mars Khaimov, Esq.
                           Attorney for Plaintiff

                           <u>*/s/ David Stein*</u>
                           David Stein, Esq.
                           Attorney for Defendant

