```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/19/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Andrew Toro, on behalf of himself and all others similarly situated,

                    Plaintiff,

-against-

Georgia Gifts and More, LLC,

                      Defendant.

1:22-cv-08489 (JHR) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

On June 16, 2023, the Court granted an extension of the fact discovery deadline until July 17, 2023. (*See* Memo End., ECF No. 21.) However, the parties did not request a corresponding extension of the expert discovery deadlines set forth in the Case Management Plan, which now have passed. (*See* Case Management Plan, ECF No. 15.) Moreover, although the parties requested to be referred to the Court's mediation program (*see* Joint Letter, ECF No. 20), the Court has been informed that mediation was not held because one or both parties failed or refused to attend or participate. (*See* 7/18/2023 Docket Text Entry.) Accordingly, it is hereby Ordered that, no later than July 26, 2023, the parties shall file a joint letter regarding the status of discovery, including, as appropriate, a revised schedule for the completion of expert discovery.

**SO ORDERED.**

Dated:      New York, New York
             July 19, 2023

_____
STEWART D. AARON
United States Magistrate Judge